FOURNET, C. J., is of the opinion that the facts of this case from which the court of appeal based its conclusion the plaintiff was contributorily negligent does not support that conclusion and therefore the judgment of the District Judge should have been affirmed.

223 So.2d 411

**PARISH OF EAST BATON ROUGE**

**v.**

**Joseph N. BARBAY, Jr.**

**No. 49873.**

June 13, 1969.

In re: Joseph N. Barbay applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 220 So.2d 767.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.